**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CHRIS WOLTERS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br>  v.<br><br>SWEEPSTEAKS LIMITED, d/b/a Stake.us,<br><br>    *Defendant*. | Case No.: 0:25-cv-3280 |

**NOTICE OF APPEAL**

Pursuant to 9 U.S.C. § 16(a) and Federal Rules of Appellate Procedure 3(c)(1) and 4(a), Notice is hereby given that Defendant Sweepsteaks Limited, d/b/a Stake.us appeals the Memorandum Opinion and Order Denying Motion to Compel Arbitration, which was entered in this action on July 1, 2026 (Dkt. No. 26), to the United States Court of Appeals for the Eighth Circuit.

The filing of this Notice of Appeal automatically stays all proceedings in this Court during the pendency of the appeal. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740–44 (2023).

Dated: July 15, 2026

Respectfully submitted,

/s/ *A. Jeff Ifrah*
A. Jeff Ifrah (*pro hac vice*)
jeff@ifrahlaw.com
Kim Conroy (*pro hac vice*)

1

kconroy@ifrahlaw.com
John Mikuta (*pro hac vice*)
jmikuta@ifrahlaw.com
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
(202) 524-4140

*Counsel for Defendant*


**OF COUNSEL:**

**PARKER DANIELS KIBORT LLC**

Nathaniel J. Zylstra (#0314328)
Andrew D. Parker (#0195042)
Eric H. Zumbach (#0399460)
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4100
zylstra@parkerdk.com
parker@kaplandk.com
zumbach@kaplandk.com