

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

**Warren E. Burger Federal**
**Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy**
**U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal**
**Building and U.S. Courthouse**
**and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S.**
**Courthouse and Federal**
**Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

Date:  7/16/2026

To:      U.S. COURT OF APPEALS, 8TH CIRCUIT

From:  Be,  U.S. District Court-Minnesota

In Re:  District Court Case No. 25-cv-03280-JRT-JFD
         Eighth Circuit Case No.:  Not yet assigned
         Case Title:  Wolters v. Sweepsteaks Limited

The statutory filing fee has:
☒been paid, receipt number: AMNDC-13117507
☐not been paid as of
        IFP      ☐is    ☐is not pending
☐been waived because:
        ☐Application for IFP granted   ☐USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☒Yes   ☐No
        If yes, please identify the court reporter: Rachel Braun